TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00821-CR

David Gates, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0972980, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

Appellant moves to dismiss this appeal. See Tex. R. App. P. 42.2(a). The motion is
granted. The appeal is dismissed.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: April 24, 1998

Do Not Publish